**DISMISS and Opinion Filed May 11, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00452-CV

### IN THE INTEREST OF M.S., JR., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-15359**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Lang
Opinion by Justice Lang

Before the Court is appellant's motion to withdraw its notice of restricted appeal and dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal because the trial court has set aside the order to be appealed. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

160452F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF M.S., JR.,
A CHILD

No. 05-16-00452-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DF-09-15359.
Opinion delivered by Justice Lang.  Chief
Justice Wright and Justice Bridges
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 11th day of May, 2016.